# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 3:17-cr-00170 |
| ) | Judge Trauger |
| THOMAS MABRY ) | |

## ORDER

Defendant Thomas Mabry is before the Court for a Revocation Hearing. The Defendant, the government and U.S. Probation propose a disposition to Mr. Mabry's supervised release revocation proceedings. Mr. Mabry admits to all alleged violations set out in the Petition for Warrant for Offender on Supervision, Doc. No. Doc. Nos. 41(also found at 44-1) and subsequent three superseding petitions, Doc. Nos. 59, 64 and 67. Mr. Maybry's supervised release will be revoked and he will receive a 24 month sentence of incarceration, concurrent with his unexpired state sentences. After serving his supervised release violation sentence, no additional term of supervised release will be imposed. For the reasons set out below, the Court finds that the proposed disposition adequately addresses the Court's concerns.

More specifically:

**Violation 1 (No new offenses):** Mr. Mabry admits to committing new state offenses while on Supervised Release in the instant matter. On January 9, 2020, Mr. Mabry pled guilty to two counts of Burglary, in violation of Tenn. Code Ann. § 39-14-402 (Class D felonies), in the Davidson County, Tennessee, Criminal Court (Case No. 2019-I-514). He was sentenced to 6 years, 1-month of custody in the Tennessee Department of Correction, to run concurrently but consecutive to his federal sentence.

**Violation 2 (Refrain from unlawful controlled substance use):** Mr. Mabry admits:

(a) that on September 9, 2019, his drug screen submission to the U.S. Probation and Pretrial Services Office and submitted a drug screen was positive for the presence of buprenorphine, as confirmed after submission to Alere Laboratories, in Gretna, Louisiana. Mr. Mabry admitted to using buprenorphine; and

(b) that on September 13, 2022, Mr. Mabry used cocaine as evidenced by a urinalysis test collected on September 13, 2022. Mr. Mabry verbally admitted to snorting the substance 2-3 days prior to submitting to the drug test. Mr. Mabry acknowledged that it was a mistake but did it anyways.

**Violation 3 (participate in substance treatment and testing)**. Mr. Mabry admits that:

(a) On October 18, November 4 and November 6, 2019, that he failed to report to the U.S. Probation and Pretrial Services Office for drug testing as instructed; and

(b) On October 13, October 26, and November 7, 2022, he failed to report to the U.S. Probation and Pretrial Services Office for drug testing as instructed.

**Violation 4 (live in approved residence, and keep Probation apprised).** Mr. Mabry admits that he moved out of his parents' residence in early October 2022 without first obtaining permission from his probation officer and subsequently failed to keep probation apprised of his residence.

**Violation 5 (follow probation officer's instructions).** Mr. Mabry admits that he failed to submit required monthly reports from June 2022 through his December 16, 2022 arrest. (Mr. Mabry has been in state custody since his December 2022 Davidson County arrest.)

**Violation 6 (No new offenses):** Mr. Mabry admits to committing additional new state offenses while on Supervised Release in the instant matter. On March 8, 2023, Mr. Mabry pled guilty to one Count of Identity Theft, Tenn. Code Ann. § 39-14-150, for which he was sentenced to 4 years at 35%; and one Count of Theft (over $1000), Tenn. Code Ann. § 39-14-103, for which he was

sentenced to 2 years at 35%, each count's sentence to be served concurrently with each other. (By pleading guilty to these two new offenses, Mr. Mabry violated his state parole associated with the 6 year sentence referenced in Violation 1 above. He was required to serve that sentence before he began serving the sentences from these new offenses in Violation 6.)

Not all of Mr. Mabry's conduct has been unacceptable. Following his release from state custody in 2022, Mr. Mabry was admitted to and successfully completed the 28-day in-patient controlled substance rehabilitation program at Buffalo Valley in Hohenwald, Tennessee. Afterwards, he secured regular employment that he maintained for several months. After pleading guilty to the two most recent state charges in Davidson County Criminal Court in March 2023, Mr. Mabry has availed himself of several of the programs available at the TDOC's Bledsoe County Correction Complex in Pikeville, Tennessee. He earned certificates for "Career Management for Success," "Victim Impact," and "Thinking for a Change." After being transferred to the South Central Correctional Facility in Clifton, Tennessee, Mr. Mabry advises that he was enrolled in a foreign language class (conducted on a digital tablet) and participated in NA classes in the prison. Since his return to this Court's jurisdiction for his revocation hearing, Mr. Mabry is housed at the Warren County (Kentucky) Regional Jail, and advises the Court that he enrolled in a short-term digital tablet course related to auto mechanics while there.

Mr. Mabry is still serving his state sentence which is calculated to end on June 16, 2028. He has a state parole hearing scheduled for February 2027. The unresolved Supervised Released violations in the instant matter is treated as a "detainer" resulting in Mr. Mabry having a more adverse TDOC custody level score. See generally, TDOC Inmate Rules and Regulations, (August 2023), at 4 (generally explaining the calculation of the custody level). Available at https://www.tn.gov/content/dam/tn/correction/documents/502-04OffenderHandbook.pdf

Accordingly, based on Mr. Mabry's admissions to Violation 1 through Violation 6, the statement of counsel, and the entire record in this matter, the Court finds that Mr. Mabry violated the conditions of his Supervised Release as set out in the Third Superseding Petition for Warrant for Offender on Supervision, Doc. No. 67. The Court finds him guilty of those violations. The Court revokes Mr. Mabry's supervised release and sentences him to a term of 24 months incarceration. This sentence is to be served concurrently with his unexpired state sentences identified above. Following the completion of his 24 month sentence, no additional term of supervised release shall be imposed.

Mr. Mabry shall be returned to the custody of the Tennessee Department of Correction to complete the service of his unexpired state sentence and the 24 months sentence in this matter.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge

Approved for Entry:

s/ John G. Oliva

JOHN G. OLIVA, 10566
1308 Rosa L. Parks Boulevard
Nashville TN 37208
(615) 254-0202
jgoliva@comcast.net
CJA Counsel for Elijah McNeal

s/ Joshua Kurtzman
Joshua Kurtzman
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville TN 37203
(615) 736-5151